# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

04-5210

In re Carolina Rodriquez

Case No. 2-04-055210-PHX-CGC

Debtor(s)

Chapter 7

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. §110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services I have agreed to accept... $200.00

   Prior to the filing of this statement I have received...... $200.00

   Balance Due............................................... $  0.00

2. I have prepared or caused to be prepared the following documents (itemize):

   Chapter 7 Bankruptcy Petition
   Summary of Schedules
   Schedules A through J
   Declaration Concerning Debtor's Schedules
   Form 7 Statement of Financial Affairs
   Chapter 7 Individual Debtor's Statement of Intention
   List of Equity Security Holders
   Notice to Individual Consumer Debtor
   Master Mailing List
   Declaration

   and provided the following services (itemize): document preparation.

3. The source of the compensation paid to me was the debtor.

4. The source of compensation paid to me is Debtor.

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case. Yes.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

**NAME**
Debra Griffin
P.O. Box 294
Gilbert, Arizona 85299
(602)820-7295

**SOCIAL SECURITY NUMBER**
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

### DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date 6/2/04       Signature *[signed]*
Debra Griffin, AZCLDP#80459
P.O. Box 294
Gilbert, AZ 85299
Telephone No.: 602-820-7295
SS#: 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